# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2010

139748 (71)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

FIRST INDUSTRIAL, L.P.,
       Plaintiff-Appellee,
       Cross-Appellant,

v

SC: 139748
COA: 282742
Ct of Claims: 06-000004-MT

DEPARTMENT OF TREASURY,
       Defendant-Appellant,
       Cross-Appellee.

_____/

     On order of the Court, the motion for reconsideration of this Court's April 23, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2010

_____
Clerk

0603